ANDREW S. BISOM (SBN 137071)
**THE BISOM LAW GROUP**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA 92618
Telephone: (714) 643-8900
Facsimile: (714) 643-8901
abisom@bisomlaw.com

MARK W. EISENBERG; (SBN 160202)
**EISENBERG LAW FIRM, APC**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA 92618
Telephone: (714) 250-8000
Facsimile: (714) 250-8877
mwe@injuryresourcescenter.com

Attorneys for Plaintiffs, LAW OFFICES OF ANDREW S. BISOM
And EISENBERG LAW FIRM, APC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| **In re:** | Case No. 6:13-bk-29922-MH |
| **NANCY ANN HOWELL,** | Chapter 7 |
| **Debtor** | Adv. No. 6:14-ap-01070-MH |
| | **NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES]** |
| **LAW OFFICES OF ANDREW S. BISOM,** | |
| **EISENBERG LAW FIRM, APC,** | Date: December 10, 2014 |
| **Plaintiffs,** | Time: 2:00 p.m. |
| **vs.** | Ctrm: 303 |
| **NANCY ANN HOWELL,** | |
| **Defendant.** | |

NOTICE OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiffs the Law Offices of Andrew S. Bisom and Eisenberg Law Firm, APC, (collectively "Plaintiffs") hereby request the Court take Judicial Notice pursuant to Federal Rule of Evidence 201of the following documents in support of their Motion For Summary Judgment Or In The Alternative Summary Adjudication of Issues against defendant, Nancy Ann Howell, ("Howell" or Defendant").

1.      NOTICE IS HEREBY GIVEN that on December 10, 2014, at 2:00 p.m. in the courtroom 303 of the above referenced court, Movants in the above captioned matter will move this court for an Order granting summary judgment or in the alternative summary adjudication of issues. The Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3.      **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

4.      **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 7056-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movants' attorney at the address set forth above no less than twenty-one (21) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and my grant the requested relief.

2

NOTICE OF MOTION FOR SUMMARY JUDGMENT

DATED:  October 29, 2014

Respectfully Submitted,

THE BISOM LAW GROUP

By: _____

ANDREW S. BISOM
Attorney for Defendants

NOTICE OF MOTION FOR SUMMARY JUDGMENT

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Irvine Center Drive, Ste. 1170. Irvine, CA. 92618
A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Plaintiffs' Motion For Summary Judgment</u>
<u>Or In The Alternative Summary Adjudication Of Issues</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16,
2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>October 29, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

Nancy Ann Howell
45005 Anabell Lane
Lake Elsinore, CA. 92532

Nancy Ann Howell
26615 Heather Brook Lane
Lake Forest, CA. 92630

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 16, 2014, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2014 | Andrew Bisom | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                            **F 9013-3.1.PROOF.SERVICE**