ANDREW S. BISOM, Bar No. 137071
**THE BISOM LAW GROUP**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA. 92618
Telephone  (714) 643-8900
Facsimile  (714) 643-8901
abisom@bisomlaw.com

MARK W. EISENBERG; Bar No. 160202
**EISENBERG LAW FIRM, APC**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA. 92618
Telephone (714) 250-8000
Facsimile  (714) 250-8877
mwe@injuryresourcescenter.com

Attorneys for Plaintiffs, LAW OFFICES OF ANDREW S.
BISOM and EISENBERG LAW FIRM, APC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| | |
| **NANCY ANN HOWELL,** | Case Number:  6:13-bk-29922-MH |
| | |
| **Debtor** | Adversary Number: 6:14-ap-01070-MH |
| | |
| | **DECLARATION OF MARK W. EISENBERG IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE SUMMARY ADJUDICATION OF ISSUES** |
| **LAW OFFICES OF ANDREW S. BISOM, EISENBERG LAW FIRM, APC** | |
| **Plaintiff,** | |
| **vs.** | Date:    December 10, 2014 |
| | Time:   2:00 p.m. |
| **NANCY ANN HOWELL,** | Ctrm:   303 |
| | |
| **Defendant.** | |

1

DECLARATION OF MARK W. EISENBERG

I, Mark W.Eisenberg declare as follows:

1.      My firm, Eisenberg Law Firm, APC is one of the plaintiffs in the within matter. This Declaration is made and proffered in support of plaintiffs, Law Offices of Andrew S. Bisom's ("Bisom") and Eisenberg Law Firm, APC's ("Eisenberg") Motion for Summary Judgment alternative Request for Summary Adjudication of Issues in the above-captioned matter. The following facts are within my personal knowledge, or from documents kept in the ordinary course of my business, and if called upon as a witness, I could and would competently testify thereto.

2.      In or about September 2006, Howell retained Day | Eisenberg and The Law Office of Andrew S. Bisom to represent her interests in an on-going action ("the underlying action") she had commenced against the Oso Valley Greenbelt Association and two of its officers and/or directors, Thomas Cole Hunter and Michael Gromek. Howell alleged that on May 10, 2005, while attending a meeting of the Oso Valley Greenbelt Association, she was the victim of a "citizen's arrest" instigated by Hunter and Gromek.

3.      Immediately upon being retained, we began working on the underlying action. While actively engaged in the prosecution of the underlying action and preparing her case for trial, it was discovered that Howell had previously been involved in litigation with the Oso Valley Homeowners Association and one or more of its board members, which resulted in a significant monetary judgment against her.

4.      In or about February 2007, without our knowledge or participation, negotiated a settlement of her claim with the Oso Valley Homeowners Association and Messrs. Hunter and Gromek receiving valuable consideration therefor.  As a consequence thereof, Bisom and Day | Eisenberg were deprived of their fee and reimbursement for all litigation costs advanced on behalf of Howell.

5.      Thereafter, Bisom and I filed suit against Howell for, *inter alia*, fraud.  This case

DECLARATION OF MARK W. EISENBERG

was styled, *Law Offices of Andrew S. Bisom and Day | Eisenberg v. Nancy Howell, et al.,* Orange County Superior Court Case No. 07-CC-06921 ("State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

6.      The State Court Action was tried to a jury before the Honorable Randall L. Wilkinson in Department C-25. After an approximate weeklong trial, the jury found that Howell had in fact defrauded us as alleged and, in connection therewith, awarded punitive damages in favor of both Bisom and Day | Eisenberg.  After a round of post-trial motions by both parties that resulted in the award of punitive damages against Howell being vacated, the Superior Court, by and through Judge Wilkinson, entered Judgment on November 3, 2008 in our favor and against debtor/defendant, Howell in the collective amount of $50,120.94 comprised of $48,080.94 in compensatory damages and $2,040.00 in statutory costs. A true and correct copy of the state court Judgment and the Memorandum of Costs are attached hereto as Exhibits "B" and "C" respectively.  Interest on this Judgment has accrued at the rate of 10% per annum since November 2008.  No payments by Howell have been made thereon.

7.      The parties in the State Court Action are identical to those in the instant case.

8.      The causes of action included the same fraudulent conduct by Ms. Howell as is complained of here.

9.      The State Court Action was fully litigated and the jury rendered its verdict at the conclusion of the trial.

10.      As respects our fraud count against Howell, the jury, by a unanimous vote of 12-0, concluded Howell had defrauded us.  To this end, the jury reached the following special verdict: The jury rendered their special verdict in writing, which is incorporated into the judgment. The jury's verdict included the following findings:

Question No. 6:  Did defendant, NANCY HOWELL intentionally

fail to disclose important fact(s) that plaintiffs, LAW OFFICES

DECLARATION OF MARK W. EISENBERG

ANDREW S. BISOM and DAY | EISENBERG did not know and could not reasonably have discovered?

Answer: Yes.

Question No. 7: Did defendant, NANCY HOWELL intend to deceive plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG by concealing the fact(s)?

Answer: Yes.

Question No. 8: Did plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG rely on defendant, NANCY HOWELL's deception and was such reliance reasonable under the circumstances?

Answer: Yes.

Question No 9: Was defendant, NANCY HOWELL's concealment a substantial factor in causing harm to plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG?

Answer: yes.

Question No. 10: What are plaintiffs, LAW OFFICES OF ANDREW S. BISOM's and DAY | EISENBERG's damages resulting from the fraud Mrs. Howell committed upon them?

Answer:

| | |
|---|---|
| LAW OFFICE OF ANDREW S. BISOM: | $24.040.47 |
| DAY | EISENBERG: | $24,040.47 |
| TOTAL | $48,080.94 |

Question No. 11: Did defendant, NANCY HOWELL engage in the conduct complained of by plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG with malice, oppression

4

DECLARATION OF MARK W. EISENBERG

or fraud?

Answer: Yes.

Question 12:  What amount of punitive damages, if any, do you award plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG?

Answer: $144,243.71.

11.    On April 7, 2011, Day | Eisenberg transferred and assigned its title, right of ownership, and interest in the State Court Judgment to Eisenberg Law Firm, APC. A true and correct copy of the Acknowledgment Of Assignment of Judgment is attached hereto as Exhibit "D".

I declare under penalty of perjury, under the laws of the United States that the foregoing information is true and correct. Executed this 23rd day of October 2014 in Irvine, CA.

MARK W. EISENBERG

5

DECLARATION OF MARK W. EISENBERG

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Irvine Center Drive, Ste. 1170. Irvine, CA. 92618
A true and correct copy of the foregoing document entitled (*specify*): <u>Declaration of Mark W. Eisenberg In Support of</u>
<u>Plaintiff's Motion For Summary Judgment Or In The Alternative Summary Adjudication of Issues</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16,
2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following
persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) <u>October 29, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge <u>will be completed</u> no later than 24 hours after the document is filed.

Nancy Ann Howell
45005 Anabell Lane
Lake Elsinore, CA. 92532

Nancy Ann Howell
26615 Heather Brook Lane
Lake Forest, CA. 92630

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method**
<u>for each person or entity served</u>): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 16, 2014, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2014 | Andrew Bisom | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**