ANDREW S. BISOM (SBN 137071)
**THE BISOM LAW GROUP**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA 92618
Telephone: (714) 643-8900
Facsimile: (714) 643-8901
abisom@bisomlaw.com

MARK W. EISENBERG; (SBN 160202)
**EISENBERG LAW FIRM, APC**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA 92618
Telephone: (714) 250-8000
Facsimile: (714) 250-8877
mwe@injuryresourcescenter.com

Attorneys for Plaintiffs, LAW OFFICES OF ANDREW S. BISOM
And EISENBERG LAW FIRM, APC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| **In re:** | Case No. 6:13-bk-29922-MH |
| **NANCY ANN HOWELL,** | Chapter 7 |
| **Debtor** | Adv. No. 6:14-ap-01070-MH |
| **LAW OFFICES OF ANDREW S. BISOM,** | **SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE ADJUDICATION OF ISSUES** |
| **EISENBERG LAW FIRM, APC,** | |
| **Plaintiff,** | Date: December 10, 2014 |
| **vs.** | Time: 2:00 p.m.<br>Ctrm: 303 |
| **NANCY ANN HOWELL,** | |
| **Defendant.** | |

SEPARATE STATEMENT OF UNDISPUTED FACTS

Plaintiffs the Law Offices of Andrew S. Bisom and Eisenberg Law Firm, APC, (collectively "Plaintiffs") submit their Separate Statement of Undisputed Facts ("SSUF") in support of their Motion for Partial Summary Judgment or in the alternative summary adjudication against defendant, Nancy Ann Howell, ("Howell" or Defendant").

**FIRST CAUSE OF ACTION – 523(a)(2)(A)**

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| In or about September 2006, Howell retained Plaintiffs to represent her interests in an on-going action ("the underlying action") she had commenced against the Oso Valley Greenbelt Association and two of its officers and/or directors, Thomas Cole Hunter and Michael Gromek. Howell alleged that on May 10, 2005, while attending a meeting of the Oso Valley Greenbelt Association, she was the victim of a "citizen's arrest" instigated by Hunter and Gromek. | Eisenberg Declaration, ¶ 2 |
| While actively engaged in the prosecution of Defendant's claim and attempting to prepare her case for trial, Plaintiffs learned, for the first time, that Defendant had previously been involved in litigation with the Oso Valley | Eisenberg Declaration ¶ 3 |

2

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| Homeowners Association and one or more of its board members, which resulted in a significant monetary judgment against her. | |
| In or about February 2007, Plaintiffs learned that Defendant had gone behind Plaintiffs' back and on her own, had negotiated a settlement with the Oso Valley Homeowners Association, Thomas Cole Hunter and Michael Gromek in exchange for a cash payment and Defendant being relieved of her obligation for the monetary judgment obtained against her in the prior litigation. Plaintiffs have not received any payment from Defendant for the services they rendered or costs incurred on her behalf in the underlying action. | Eisenberg Declaration ¶ 4 |
| Plaintiffs filed a lawsuit, which included a cause of action of fraud against Defendant. The case was captioned Law Offices of Andrew S. Bisom and Day | Eisenberg v. Nancy Howell, Superior Court of California, County of Orange, Central Justice Center, | Eisenberg Declaration ¶ 5

Exhibit A – State Court Complaint |

3

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| Case No. 07-CC-06921 (State Court Action"). | |
| After a trial in which the jury found that Defendant defrauded Plaintiffs, the Superior Court entered judgment in Plaintiffs' favor and against Defendant, in the amount of $48,080.94, and costs of $2,040.00. Interest on the State Court Judgment has incurred at the rate of 10% per annum since November 2008. | Eisenbergt Declaration ¶ 6<br><br>Exhibit B – Judgment<br><br>Exhibit C – Memorandum of Costs |
| The parties in the State Court Action are identical to those in the instant case. | Eisenberg Declaration ¶ 7<br><br>Exhibit A – State Court Complaint |
| The causes of action included the same fraudulent conduct by Ms. Howell as is complained of here. | Eisenberg Declaration ¶ 8<br><br>Exhibit A – State Court Complaint |
| At the conclusion of the trial a jury rendered its verdict and found in Plaintiffs' favor on all causes of action. | Eisenberg Declaration ¶ 9<br><br>Exhibit B - Judgment |
| The jury rendered their special verdict in writing, which included the following finding: Question No. 6:  Did defendant, NANCY HOWELL intentionally fail to disclose important fact(s) that plaintiffs, LAW | Eisenberg Declaration ¶ 10<br><br>Exhibit B - Judgment |

4

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| OFFICES ANDREW S. BISOM and DAY \| EISENBERG did not know and could not reasonably have discovered?<br><br>Answer: Yes. | |
| The jury rendered their special verdict in writing, which included the following finding: Question No. 7:  Did defendant, NANCY HOWELL intend to deceive plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY \| EISENBERG by concealing the fact(s)?<br><br>Answer: Yes. | Eisenberg Declaration ¶ 10<br><br>Exhibit B - Judgment |
| The jury rendered their special verdict in writing, which included the following finding: Question No. 8:  Did plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY \| EISENBERG rely on defendant, NANCY HOWELL's deception and was such reliance reasonable under the circumstances?<br><br>Answer: Yes. | Eisenberg Declaration ¶ 10<br><br>Exhibit B - Judgment |

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| The jury rendered their special verdict in writing, which included the following finding: Question No 9:  Was defendant, NANCY HOWELL's concealment a substantial factor in causing harm to plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY \| EISENBERG? Answer: yes. | Eisenberg Declaration ¶ 10 Exhibit B - Judgment |
| The jury rendered their special verdict in writing, which included the following finding: Question No. 10:  What are plaintiffs, LAW OFFICES OF ANDREW S. BISOM's and DAY \| EISENBERG's damages resulting from the fraud Mrs. Howell committed upon them? Answer: LAW OFFICE OF ANDREW S. BISOM: $24.040.47 DAY \| EISENBERG: $24,040.47 TOTAL          $48,080.94 | Eisenberg Declaration ¶ 10 Exhibit B - Judgment |

6

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| On April 7, 2011, Day \| Eisenberg transferred and assigned all of its title, right of ownership, and interest in the State Court Judgment to Eisenberg Law Firm, APC. | Eisenberg Declaration ¶ 11<br><br>Exhibit D – Acknowledgement Of Assignment of Judgment |

## SECOND CAUSE OF ACTION - §523(a)(6)

| | |
|---|---|
| In or about September 2006, Howell retained Plaintiffs to represent her interests in an on-going action ("the underlying action") she had commenced against the Oso Valley Greenbelt Association and two of its officers and/or directors, Thomas Cole Hunter and Michael Gromek. Howell alleged that on May 10, 2005, while attending a meeting of the Oso Valley Greenbelt Association, she was the victim of a "citizen's arrest" instigated by Hunter and Gromek. | Eisenberg Declaration, ¶ 2 |
| While actively engaged in the prosecution of Defendant's claim and attempting to prepare her case for trial, Plaintiffs learned, for the first time, that Defendant had previously been | Eisenberg Declaration ¶ 3 |

7

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| involved in litigation with the Oso Valley Homeowners Association and one or more of its board members, which resulted in a significant monetary judgment against her. | |
| In or about February 2007, Plaintiffs learned that Defendant had gone behind Plaintiffs' back and on her own, had negotiated a settlement with the Oso Valley Homeowners Association, Thomas Cole Hunter and Michael Gromek in exchange for a cash payment and Defendant being relieved of her obligation for the monetary judgment obtained against her in the prior litigation. Plaintiffs have not received any payment from Defendant for the services they rendered or costs incurred on her behalf in the underlying action. | Eisenberg Declaration ¶ 4 |
| Plaintiffs filed a lawsuit, which included a cause of action of fraud against Defendant. The case was captioned Law Offices of Andrew S. Bisom and Day | Eisenberg v. Nancy Howell, Superior Court of California, | Eisenberg Declaration ¶ 5 <br><br> Exhibit A – State Court Complaint |

8

SEPARATE STATEMENT OF UNDISPUTED FACTS

| | |
|---|---|
| County of Orange, Central Justice Center, Case No. 07-CC-06921 (State Court Action"). | |
| After a trial in which the jury found that Defendant defrauded Plaintiffs, the Superior Court entered judgment in Plaintiffs' favor and against Defendant, in the amount of $48,080.94, and costs of $2,040.00. Interest on the State Court Judgment has incurred at the rate of 10% per annum since November 2008. | Eisenberg Declaration ¶ 6<br><br>Exhibit B – Judgment<br><br>Exhibit C – Memorandum of Costs |
| The parties in the State Court Action are identical to those in the instant case. | Eisenberg Declaration ¶ 7<br><br>Exhibit A – State Court Complaint |
| The causes of action included the same fraudulent conduct by Ms. Howell as is complained of here. | Eisenberg Declaration ¶ 8<br><br>Exhibit A– State Court Complaint |
| At the conclusion of the trial a jury rendered its verdict and found in Plaintiffs' favor on all causes of action. | Eisenberg Declaration ¶ 10<br><br>Exhibit B - Judgment |
| The jury rendered their special verdict in writing, which included the following finding: Question No. 11:  Did defendant, NANCY HOWELL engage in the conduct complained | Eisenberg Declaration ¶ 10<br><br>Exhibit B - Judgment |

9

SEPARATE STATEMENT OF UNDISPUTED FACTS

of by plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG with malice, oppression or fraud?

Answer: Yes.

DATED:  October 29, 2014

THE BISOM LAW GROUP

By: _____
ANDREW S. BISOM
Attorney for Defendants

SEPARATE STATEMENT OF UNDISPUTED FACTS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Irvine Center Drive, Ste. 1170. Irvine, CA. 92618
A true and correct copy of the foregoing document entitled (*specify*): <u>Separate Statement Of Undisputed Facts In Support</u>
<u>Of Plaintiffs' Motion For Summary Judgment Or In The Alternative Summary Adjudication Of Issues</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. <u>SERVED BY UNITED STATES MAIL</u>:**
On (*date*) <u>October 29, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Nancy Ann Howell
45005 Anabell Lane
Lake Elsinore, CA. 92532

Nancy Ann Howell
26615 Heather Brook Lane
Lake Forest, CA. 92630

☐ Service information continued on attached page

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 16, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2014 | Andrew Bisom | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**