ANDREW S. BISOM, Bar No. 137071
**THE BISOM LAW GROUP**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA. 92618
Telephone  (714) 643-8900
Facsimile  (714) 643-8901
abisom@bisomlaw.com

MARK W. EISENBERG; Bar No. 160202
**EISENBERG LAW FIRM, APC**
8001 Irvine Center Drive, Ste. 1170
Irvine, CA. 92618
Telephone (714) 250-8000
Facsimile  (714) 250-8877
mwe@injuryresourcescenter.com

Attorneys for Plaintiffs, LAW OFFICES OF ANDREW S. BISOM
And EISENBERG LAW FIRM, APC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>**NANCY ANN HOWELL,**<br><br>   **Debtor**<br><br>———————————————<br><br>**LAW OFFICES OF ANDREW S.<br>BISOM, EISENBERG LAW FIRM, APC**<br><br>   **Plaintiff,**<br><br>**vs.**<br><br>**NANCY ANN HOWELL,**<br><br>   **Defendant.** | Chapter 7<br><br>Case Number:  6:13-bk-29922-MH<br><br>Adversary Number: 6:14-ap-01070-MH<br><br>**NOTICE OF LODGMENT IN<br>SUPPORT OF PLAINTIFF'S MOTION<br>FOR SUMMARY JUDGMENT OR IN<br>THE ALTERNATIVE SUMMARY<br>ADJUDICATION OF ISSUES**<br><br>Date:    December 10, 2014<br>Time:   2:00 p.m.<br>Ctrm:   303 |

1

NOTICE OF LODGMENT

Plaintiffs the Law Offices of Andrew S. Bisom and Eisenberg Law Firm, APC, (collectively "Plaintiffs") hereby lodge the following documents as exhibits in support of their motion for summary judgment against Nancy Ann Howell ("Howell" or "Defendant") pursuant to Rule 56 of the Federal Rules of Civil Procedure or in the alternative, summary adjudication of issues.

| **EXHIBIT NO.** | **DESCRIPTION** |
| --- | --- |
| Exhibit A | Superior Court Complaint |
| Exhibit B | State Court Judgment |
| Exhibit C | Memorandum of Costs |
| Exhibit D | Acknowledgment of Assignment |

Dated: October 29, 2014

THE BISOM LAW GROUP

By: _____
Andrew S. Bisom, Attorney for Plaintiffs

LAW OFFICE OF
ANDREW S. BISOM
695 TOWN CENTER DR., STE 700
COSTA MESA, CALIFORNIA 92626
(714) 384-6440 · FAX (714) 384-6441

2

NOTICE OF LODGMENT

**Exhibit "A"**

**Exhibit "B"**

Mark W. Eisenberg, Esq.
EISENBERG LAW FIRM
901 Dove Street, Suite 120
Newport Beach, California 92660
Telephone (949) 250-8000
Facsimile (949) 250-8877

Attorneys for Plaintiff and Cross-
Defendant, DAY | EISENBERG

Andrew S. Bisom, Esq.
LAW OFFICES OF ANDREW S. BISOM
695 Town Center Drive, Ste. 700
Costa Mesa, CA. 92626
Telephone (714) 384-6440
Facsimile (714) 384-6441

Attorneys for Plaintiff and Cross-
Defendant, LAW OFFICES OF ANDREW
S. BISOM

RECEIVED
SUPERIOR COURT OF CALIFORNIA
CENTRAL JUSTICE CENTER

OCT 16 2008

BY:     N. DORFMAN

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

NOV 03 2008

ALAN CARLSON. Clerk of the Court

BY  K PALACIOS

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| LAW OFFICES OF ANDREW S. BISOM and DAY \| EISENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> NANCY HOWELL, <br><br> Defendant. <br>_____ <br> NANCY HOWELL, <br><br> Cross-Complainant, <br><br> v. <br><br> LAW OFFICES OF ANDREW S. BISOM and DAY \| EISENBERG, <br><br> Cross-Defendants. <br>_____ | CASE NO. 07CC06921 <br><br><br> **JUDGMENT** <br><br> *C-25* <br><br><br><br><br><br><br><br><br><br> Complaint Filed:  May 10, 2006 <br> Trial Date:     August 12, 2008 |

The Complaint of plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY |

EISENBERG and Cross-Complaint of cross-complainant, NANCY HOWELL came on regularly

1

Judgment

for trial on April 12, 2008, in Department C-25 of the Orange County Superior Court, the Honorable Randall L. Wilkinson, Judge Presiding.

Plaintiff and cross-defendant, LAW OFFICES OF ANDREW S. BISOM appeared by and through its attorney of record, Andrew S. Bisom, Esq. Plaintiff and cross-defendant, DAY | EISENBERG appeared by and through its attorney of record, Mark W. Eisenberg, Esq. Defendant and cross-complainant, NANCY HOWELL appeared by and through her attorney of record, Philip A. Putman, Esq.

A jury of twelve (12) persons was regularly impaneled and sworn to try the action. After opening argument, the Court, on motion for non-suit by defendants, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG, granted partial non-suit as to cross-complainant, NANCY HOWELL's causes of action for professional negligence (legal malpractice) and extortion. Thereafter, witnesses were called by both plaintiffs and cross-defendants and defendant and cross-complainant who were sworn and examined. After hearing the evidence, the arguments of counsel, and instructions of the Court, the jury retired to consider their verdict as to plaintiffs' causes of action for breach of contract and fraud and cross-complainant's cause of action for breach of contract. The jury subsequently returned to the Court and duly rendered their special verdict in writing, as follows:

"We, the jury, answer the questions submitted to us as follows:

**ON THE COMPLAINT BY LAW OFFICES OF ANDREW S. BISOM AND DAY | EISENBERG AGAINST NANCY HOWELL,** we the jury, find as follows:

Question No. 1:    Did plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG and defendant, NANCY HOWELL enter into a contract?

Answer "yes" or "no"

Answer:    Yes.

If you answer to Question No. 1 is yes, then answer Question No. 2. If your answer to Question No. 1 is no, please answer Question No. 6.

/ / /

2

Judgment

Question No. 2:    Did plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG do all, or substantially all, of the significant things that the contract required them to do?

Answer "yes" or "no"

Answer:    Yes.

If your answer to Question No. 2 is yes, then answer Question No. 3. If your answer to Question No. 2 is no, then answer Question No. 6.

Question No. 3:    Did defendant, NANCY HOWELL fail to do something that the contract required    her to do?

Answer "yes" or "no"

Answer:    No.

If your answer to Question No. 3 is yes, then answer Question No. 4. If your answer to Question No. 3 is no, then answer Question No. 6.

Question No. 4:    Were plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG harmed by that failure?

Answer "yes" or "no"

Answer:    Yes.

If your answer to Question No. 4 is yes, then answer Question No. 5. If your answer to Question No. 4 is no, then answer Question No. 6.

Question No. 5:    What are the plaintiffs, LAW OFFICES OF ANDREW S. BISOM's and DAY | EISENBERG's damages for Mrs. Howell's breach of their contract?

Answer with an amount of money.

Plaintiff, LAW OFFICES OF ANDREW S. BISOM:          $ 24,040.47

Plaintiff, DAY | EISENBERG:          $ 24,040.47

                              TOTAL    $ 48,080.94

3

Judgment

Question No. 6:    Did defendant, NANCY HOWELL intentionally fail to disclose important fact(s) that plaintiffs, LAW OFFICES ANDREW S. BISOM and DAY | EISENBERG did not know and could not reasonably have discovered?

Answer "yes" or "no"

Answer:    Yes.

If your answer to Question No. 6 is yes, then answer Question No. 7.  If your answer to Question No. 6 is no, then answer Question No. 13.

Question No. 7:    Did defendant, NANCY HOWELL intend to deceive plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG by concealing the fact(s)?

Answer "yes" or "no"

Answer:    Yes.

If your answer to Question No. 7 is yes, then answer Question No. 8.  If your answer to Question No. 7 is no, then answer Question No. 13.

Question No. 8:    Did plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG rely on defendant, NANCY HOWELL's deception and was such reliance reasonable under the circumstances?

Answer "yes" or "no"

Answer:    Yes.

If your answer to Question No. 8 is yes, then answer Question No. 9.  If your answer to Question No. 8 is no, then answer Question No. 13.

/ / /

/ / /

/ / /

/ / /

/ / /

4

Judgment

Question No. 9:        Was defendant, NANCY HOWELL's concealment a substantial factor in causing harm to plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG?

Answer "yes" or "no"

Answer:        Yes.

If your answer to Question No. 9 is yes, then answer Question No. 10.  If your answer to Question No. 9 is no, then answer Question No. 13.

Question No. 10:        What are plaintiffs, LAW OFFICES OF ANDREW S. BISOM's and DAY | EISENBERG's damages resulting from the fraud Mrs. Howell committed upon them?

Answer with an amount of money or state "no damage".

Plaintiff, LAW OFFICES OF ANDREW S. BISOM:        $ 24,040.47

Plaintiff, DAY | EISENBERG        $ 24,040.47

                                      TOTAL        $ 48,080.94

If you answered Question No. 10 with an amount of money, please answer Question No. 11.

Question No. 11:        Did defendant, NANCY HOWELL engage in the conduct complained of by plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG, with malice, oppression or fraud?

Answer "yes" or "no"

Answer:        Yes.

If you answer to Question No. 11 is yes, then answer Question No. 12.  If your answer to Question No. 11 is no, please answer Question No. 13.

/ / /

/ / /

/ / /

Judgment

.    Question No. 12:    What amount of punitive damages, if any, do you award plaintiffs, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG?

Answer with an amount of money.

Answer: $ 144,243.71

Please answer Question No. 13.

**ON THE CROSS-COMPLAINT BY NANCY HOWELL AGAINST LAW OFFICES OF ANDREW S. BISOM AND DAY | EISENBERG**, we the jury, find as follows:

Question No. 13:    Did cross-complainant, NANCY HOWELL and cross-defendants, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG enter into a contract?

Answer "yes" or "no"

Answer:    Yes.

If you answer to Question No. 13 is yes, then answer Question No. 14.  If your answer to Question No. 13 is no, please sign and return this verdict.

Question No. 14:    Did cross-complainant, NANCY HOWELL do all, or substantially all, of the significant things that the contract required her to do?

Answer "yes" or "no"

Answer:    No.

If your answer to Question No. 14 is yes, then answer Question No. 15.  If your answer to Question No. 14 is no, please sign and return this verdict.

///

///

///

///

///

6

Judgment

.    Question No. 15:    Did cross-defendants, LAW OFFICES OF ANDREW S. BISOM and DAY | EISENBERG fail to do something the contract required them to do?

Answer "yes" or "no"

Answer: _____

If your answer to Question No. 15 is yes, then answer Question No. 16. If your answer to Question No. 15 is no, please sign and return this verdict.

Question No. 16:    Was cross-complainant, NANCY HOWELL harmed by that failure?

Answer "yes" or "no"

Answer: _____

If your answer to Question No. 16 is yes, then answer Question No. 17. If your answer to Question No. 16 is no, please sign and return this verdict.

Question No. 17:    What is cross-complainant, NANCY HOWELL's damage?

Answer with an amount of money.

Answer:    $ _____

Dated: August 21, 2008

Dewey Bushaw, Presiding Juror"

It appearing by reason of said special verdict:

That plaintiff, LAW OFFICES OF ANDREW S. BISOM is entitled to judgment against defendant, NANCY HOWELL in the amount of $48,080.94. That plaintiff, DAY | EISENBERG is entitled to judgment against defendant, NANCY HOWELL in the amount of $48.080.94. The award of punitive damages in favor of plaintiffs, DAY | EISENBERG and LAW OFFICES OF ANDREW S. BISOM was stricken by this Order of this Court on October 15, 2008 on defendant, NANCY HOWELL's Motion for Judgment Notwithstanding the Verdict.

/ / /

7

Judgment

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

That plaintiff, LAW OFFICES OF ANDREW S. BISOM have judgment against

defendant, NANCY HOWELL in the amount of $~~48,080.94~~ $24,040.47 plus statutory costs of $_____.

_RRW_

That plaintiff, DAY | EISENBERG have judgment against defendant, NANCY HOWELL in the

amount of $~~48,080.94~~ $24,040.47 plus statutory costs of $_____.

_RRW_

Dated: _11/3/08_____, 2008

_Randall L. Wilkinson_
HONORABLE RANDALL L. WILKINSON
JUDGE OF THE SUPERIOR COURT

8
Judgment

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

**BISOM, et al. v. HOWELL, etc.**
**CASE NO.: 07CC06921**

On October 16, 2008, I served the foregoing [PROPOSED] JUDGMENT on the following party(ies) in this action by placing a true and correct copy of the documents in a sealed envelope (except where faxed, in which instance the document followed a fax cover sheet properly addressed to the persons identified on the attached service list:

| | |
|---|---|
| X | (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, I placed such envelope(s) in the bin for outgoing mail. Such mail is then deposited with the U.S. Postal Service on the same day with postage fully prepaid at Newport Beach, California, in the ordinary course of business. |
| | (BY MAIL) I deposited such envelope(s) with postage fully paid with the U.S. Postal Service at Newport Beach, California. |
| | (BY FACSIMILE) The parties served by facsimile transmission stipulated to such in this instance. The document(s) was transmitted to a facsimile machine maintained by the person served or to a fax number indicated by or listed for that person as set forth on the attached service list. |
| | (BY PERSONAL SERVICE) I caused to have such envelope delivered by hand to the offices of the addressee. |
| X | (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
| | (Federal) I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |

Executed this 16th day of October, 2008, at Newport Beach, California.

Iris Salas

## SERVICE LIST

Philip Putman, Esq.
3303 Harbor Blvd., Ste K-11
Costa Mesa, CA 92626
(714) 848-5297

Attorney for Defendant and Cross-Complainant,
NANCY HOWELL

Andrew S. Bisom, Esq.
Law Offices of Andrew S. Bisom
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6442

Attorney for Plaintiff and Cross-Defendant,
LAW OFFICES ANDREW S. BISOM and
ANDREW S. BISOM

Brian L. Day, Esq.
Day Law Group
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6450

Attorney for Plaintiff and Cross-Defendant,
DAY | EISENBERG

**Exhibit "C"**

MC-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Mark W. Eisenberg, Esq., SBN 160202<br>EISENBERG LAW FIRM<br>901 Dove Street, Suite 120<br>Newport Beach, California 92660<br>TELEPHONE NO.: 949.250.8000    FAX NO.: 949.250.8877<br>ATTORNEY FOR *(Name):* Cross-Defendant, MARK W. EISENBERG | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER<br>SEP 05 2008<br>ALAN SLATER, Clerk of the Court<br>BY K. PALACIOS |

INSERT NAME OF COURT, JUDICIAL DISTRICT, AND BRANCH COURT, IF ANY:

Orange County Superior Court -- Central Justice Center

PLAINTIFF: LAW OFFICES OF ANDREW S. BISOM, et al.

DEFENDANT: NANCY HOWELL

| MEMORANDUM OF COSTS (SUMMARY) | CASE NUMBER:<br>07CC06921 |
|---|---|

The following costs are requested:                                          TOTALS

| | | |
|---|---|---|
| 1. Filing and motion fees | 1. $ | 635.00 |
| 2. Jury fees | 2. $ | |
| 3. Jury food and lodging | 3. $ | |
| 4. Deposition costs | 4. $ | 586.00 |
| 5. Service of process | 5. $ | 70.00 |
| 6. Attachment expenses | 6. $ | |
| 7. Surety bond premiums | 7. $ | |
| 8. Witness fees | 8. $ | 7000.00 |
| 9. Court-ordered transcripts | 9. $ | |
| 10. Attorney fees *(enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required)* | 10. $ | |
| 11. Models, blowups, and photocopies of exhibits | 11. $ | 637.40 |
| 12. Court reporter fees as established by statute | 12. $ | |
| 13. Other | 13. $ | 140.00 |

| | | |
|---|---|---|
| TOTAL COSTS | $ | 9068.40 |

7000.00
2068.40

I am the attorney, agent, or party who claims these costs. To the best of my knowledge and belief this memorandum of costs is correct and these costs were necessarily incurred in this case.

Date: September 4, 2008

Mark W. Eisenberg, Esq.
(TYPE OR PRINT NAME)                                    (SIGNATURE)

(Proof of service on reverse)

| Form Approved for Optional Use<br>Judicial Council of California<br>MC-010 [Rev. July 1, 1999] | MEMORANDUM OF COSTS (SUMMARY) | Code of Civil Procedure,<br>§§ 1032, 1033.5 |
|---|---|---|

American LegalNet, Inc.
www.USCourtForms.com

MC-011

| SHORT TITLE: BISOM, etc., et al. v. HOWELL, et al. | CASE NUMBER:<br>07CC06921 |
| --- | --- |

## MEMORANDUM OF COSTS (WORKSHEET)

1. **Filing and motion fees**

| | Paper filed | | Filing fee |
| --- | --- | --- | --- |
| a. | Answer to Complaint | $ | 320.00 |
| b. | Motion to Compel Discovery Responses (5) | $ | 200.00 |
| c. | Motion to Compel Deposition of N. Howell | $ | 40.00 |
| d. | Court Ordered Mediation Fee | $ | 75.00 |
| e. | | $ | |
| f. | | $ | |

  g. ☐ Information about additional filing and motion fees is contained in Attachment 1g.

TOTAL 1. **$ 635.00**

2. **Jury fees**

| | Date | | Fee & mileage |
| --- | --- | --- | --- |
| a. | | $ | |
| b. | | $ | |
| c. | | $ | |
| d. | | $ | |

  e. ☐ Information about additional jury fees is contained in Attachment 2e.

TOTAL 2. $

3. Juror food: $ _____ and lodging: $ _____

TOTAL 3. $

4. **Deposition costs**

| | Name of deponent | Taking | Transcribing | Travel | Video-taping | Subtotals |
| --- | --- | --- | --- | --- | --- | --- |
| a. | Nancy Howell, Vol. 2 | $ 586.00 | $ | $ | $ | $ 586.00 |
| b. | | $ | $ | $ | $ | $ |
| c. | | $ | $ | $ | $ | $ |
| d. | | $ | $ | $ | $ | $ |

  e. ☐ Information about additional deposition costs is contained in Attachment 4e.

TOTAL 4. **$ 586.00**

(Continued on reverse)

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
MC-011 [Rev. July 1, 1999]

MEMORANDUM OF COSTS (WORKSHEET)

Code of Civil Procedure,
§§ 1032, 1033.5

American LegalNet, Inc.
www.USCourtForms.com

| SHORT TITLE: BISOM, etc., et al. v. HOWELL, et al. | CASE NUMBER: 07CC06921 |
|---|---|

5. Service of process

| | Name of person served | Public officer | Registered process | Publication | Other (specify) |
|---|---|---|---|---|---|
| a. | Elizabeth O'Hara-Veon | $ _____ | $ 70.00 | $ _____ | $ _____ |
| b. | _____ | $ _____ | $ _____ | $ _____ | $ _____ |
| c. | _____ | $ _____ | $ _____ | $ _____ | $ _____ |

d. ☐ Information about additional costs for service of process is contained in Attachment 5d.

TOTAL   5.   $ 70.00

6. Attachment expenses (specify): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   6.   $ 

7. Surety bond premiums (itemize bonds and amounts): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   7.   $ 

8. a. Ordinary witness fees

| | Name of witness | Daily fee | Mileage | Total |
|---|---|---|---|---|
| (1) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile .... | $ _____ |
| (2) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile .... | $ _____ |
| (3) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile .... | $ _____ |
| (4) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile .... | $ _____ |
| (5) | _____ | ___ days at ___ $/day | ___ miles at ___ ¢/mile .... | $ _____ |

(6) ☐ Information about additional ordinary witness fees is contained in Attachment 8a(6).

SUBTOTAL 8a.   $ 

(Continued on next page)                                     Page  2  of  3

MC-011 [Rev. July 1, 1999]             MEMORANDUM OF COSTS (WORKSHEET)

| SHORT TITLE: BISOM, etc., et al. v. HOWELL | CASE NUMBER: 07CC06921 |
|---|---|

## MEMORANDUM OF COSTS (WORKSHEET) (Continued)

8. b. **Expert fees** (per Code of Civil Procedure section 998)

      Name of witness            Fee

(1) Jerry Gans, Esq.      14 hours at $ 500.00 /hr ... $ 7000.00

(2) _____ hours at $ \_\_\_\_ /hr ... $ \_\_\_\_

(3) _____ hours at $ \_\_\_\_ /hr ... $ \_\_\_\_

(4) _____ hours at $ \_\_\_\_ /hr ... $ \_\_\_\_

(5) ☐ Information about additional expert witness fees is contained in Attachment 8b(5).

                                               SUBTOTAL 8b. | $ 7000.00

c. **Court-ordered expert fees**

      Name of witness            Fee

(1) _____ hours at $ \_\_\_\_ /hr ... $ \_\_\_\_

(2) _____ hours at S \_\_\_\_ /hr ... $ \_\_\_\_

(3) ☐ Information about additional court-ordered expert witness fees is contained in Attachment 8c(3).

                                               SUBTOTAL 8c. | $

                             TOTAL (8a, 8b, & 8c)   8. | $ 7000.00

9. **Court-ordered transcripts** (specify): ............................................ 9. | $

10. **Attorney fees** (enter here if contractual or statutory fees are fixed without necessity of a court determination; otherwise a noticed motion is required): ............................ 10. | $

11. **Models, blowups, and photocopies of exhibits** (specify): ............................ 11. | $ 637.40

12. **Court reporter fees** (as established by statute)

a. (Name of reporter): _____ Fees: $ \_\_\_\_

b. (Name of reporter): _____ Fees: $ \_\_\_\_

c. ☐ Information about additional court reporter fees is contained in Attachment 12c.

                                         TOTAL   12. | $

13. **Other** (specify): Attorney Service Charges ............................ 13. | $ 140.00

**TOTAL COSTS** .............................................................. $ 9068.40

MC-011 [Rev. July 1, 1999]     **MEMORANDUM OF COSTS (WORKSHEET)**

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

### BISOM, et al. v. HOWELL, etc.
### CASE NO.: 07CC06921

On September 4, 2008, I served the foregoing MEMORANDUM OF COSTS on the following party(ies) in this action by placing a true and correct copy of the documents in a sealed envelope (except where faxed, in which instance the document followed a fax cover sheet properly addressed to the persons identified on the attached service list:

[X] (BY MAIL IN THE ORDINARY COURSE OF BUSINESS) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, I placed such envelope(s) in the bin for outgoing mail. Such mail is then deposited with the U.S. Postal Service on the same day with postage fully prepaid at Newport Beach, California, in the ordinary course of business.

[ ] (BY MAIL) I deposited such envelope(s) with postage fully paid with the U.S. Postal Service at Newport Beach, California.

[ ] (BY FACSIMILE) The parties served by facsimile transmission stipulated to such in this instance. The document(s) was transmitted to a facsimile machine maintained by the person served or to a fax number indicated by or listed for that person as set forth on the attached service list.

[ ] (BY PERSONAL SERVICE) I caused to have such envelope delivered by hand to the offices of the addressee.

[X] (State)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ ] (Federal)    I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of September, 2008, at Newport Beach, California.

_____
Iris Salas

## SERVICE LIST

Philip Putman, Esq.
3303 Harbor Blvd., Ste K-11
Costa Mesa, CA 92626
(714) 848-5297

Attorney for Defendant and Cross-Complainant,
NANCY HOWELL

Andrew S. Bisom, Esq.
Law Offices of Andrew S. Bisom
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6442

Attorney for Plaintiff and Cross-Defendant,
LAW OFFICES ANDREW S. BISOM and
ANDREW S. BISOM

Brian L. Day, Esq.
Day Law Group
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626
(714) 384-6450

Attorney for Plaintiff and Cross-Defendant,
DAY | EISENBERG

**Exhibit "D"**

Mark W. Eisenberg, Esq.
EISENBERG LAW FIRM
901 Dove Street, Suite 120
Newport Beach, California 92660-3018
Telephone No  (949) 250-8000
Facsimile No   (949) 250-8877

RECEIVED
SUPERIOR COURT OF CALIFORNIA
CENTRAL JUSTICE CENTER

APR 07 2011
BY:_____ A. RINCON

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

APR 07 2011

CARLSON, Clerk of the Court

Attorneys for Plaintiff and Cross-
Defendant, DAY|EISENBERG

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

CENTRAL JUSTICE CENTER

| | |
|---|---|
| LAW OFFICES OF ANDREW S. BISOM and DAY\|EISENBERG,<br><br>Plaintiffs,<br><br>v.<br><br>NANCY HOWELL,<br><br>Defendant.<br>———————————————<br>NANCY HOWELL,<br><br>Cross-Complainant,<br><br>v.<br><br>LAW OFFICES OF ANDREW S. BISOM and DAY\|EISENBERG,<br><br>Cross-Defendants. | Case No: 07CC06921<br><br>ACKNOWLEDGEMENT OF ASSIGNMENT OF JUDGMENT |

I, Mark Eisenberg, as a member of DAY|EISENBERG, Plaintiff/Cross-Defendant in this case, hereby declare the following in support of an ASSIGNMENT OF JUDGMENT:

1. THAT this original Judgment was awarded by this Court on November 3, 2008.

2. THAT Plaintiff/Cross-Defendant, DAY|EISENBERG was awarded $24,040.47, and Court

1

Declaration In Lieu of Original; and ORDER

approved Costs of $1,120.00 which totals $25,160.47 on November 3, 2008 against Defendant/Cross-Complainant, Nancy Howell.

3. THAT there have been no renewals since the entry of said Judgment by this Court and that Plaintiff/Cross-Defendant has not received payment on this Judgment from the Defendant/Cross-Complainant.

4. THAT DAY|EISENBERG can be contacted through the EISENBERG LAW FIRM, APC located at 901 Dove Street, Ste. 120, Newport Beach, CA 92660.

5. THAT the last address of record of the Judgment Debtor is Nancy Howell, c/o Philip Putman, 3303 Harbor Boulevard, Ste. K-11, Costa Mesa, CA 92626.

6. THAT I hereby transfer, and assign all title, right ownership, and interest in this Judgment to the following person: EISENBERG LAW FIRM, APC. 901 Dove Street, Ste. 120, Newport Beach, CA 92660.

7. THAT I hereby assign to and authorize Assignee, EISENBERG LAW FIRM, APC, to recover, compromise, settle (in full or partial) and enforce said Judgment (07CC06921) at his discretion.

Signed this _____ day of April, 2011 in the City of Newport Beach, California.

Mark Eisenberg, Judgment Creditor
DAY|EISENBERG

2
Declaration In Lieu of Original; and ORDER

## ACKNOWLEDGMENT

State of California
County of _____Orange_____ )

On __April 6, 2011_____ before me, __Cori Coley, Notary Public_____
(insert name and title of the officer)

personally appeared ___Mark Eisenberg_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CORI COLEY
Commission # 1886355
Notary Public - California
Orange County
My Comm. Expires Apr 18, 2014

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
8001 Irvine Center Drive, Ste. 1170. Irvine, CA. 92618
A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Lodgment</u>
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.** <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 16, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.** <u>**SERVED BY UNITED STATES MAIL**</u>:
On (*date*) <u>October 29, 2014</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Nancy Ann Howell
45005 Anabell Lane
Lake Elsinore, CA. 92532

Nancy Ann Howell
26615 Heather Brook Lane
Lake Forest, CA. 92630

☐ Service information continued on attached page

**3.** <u>**SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**</u> (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) July 16, 2014, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 29, 2014 | Andrew Bisom | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.